CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 09-10352  DIVISION " "  DOCKET NO.

## HURRICANE LITIGATION SECTION 6

BISHOP WILLIAM WILSON –ISRAELITE DIVINE SPIRITUAL CHURCH

VERSUS

MARKEL INTERNATIONAL INSURANCE CO. LTD.

FILED: _____         _____ DY. CLK.

### PETITION FOR DAMAGES

**I.**

Plaintiff Bishop William Wilson-Israelite Divine Spiritual Church is a resident of the State of Louisiana and is the owner of the immovable property located at 3000 Frenchman Street, New Orleans, Louisiana 70122, in the Parish of Orleans.

**II.**

Defendant herein is Markel International Insurance Co. Ltd., a foreign insurance corporation authorized and presently doing business in the State of Louisiana.

**III.**

On August 29, 2005, at the time of Hurricane Katrina, plaintiff had in effect a policy of property insurance on their property issued by defendant.

**IV.**

The contract of insurance described in paragraph 3 was an "all risk" policy. Therefore, under the insuring clause defendant was required to indemnify Plaintiffs against all risks of physical loss to the real and personal property insured by the contract of insurance.

VERIFIED

V.

On August 29, 2005 Hurricane Katrina caused total loss of each Plaintiff's property, including but not limited to roof damage and damage to the interior, including its contents. This damage rendered the real property uninhabitable for an extended period of time. This damage was caused by wind and wind driven rain. Wind was the efficient proximate cause of all this damage, causing a total loss of the property.

VI.

As a result of the aforesaid events Defendant was required to pay each Plaintiff for damage to structure, other structures, contents, debris removal and loss of use/ALE (additional living expenses). Instead, Defendant made only partial payment. The partial payment did not constitute full payment of all the damage caused by wind and Defendant still owes Plaintiffs additional policy benefits for all the damage caused by wind.

VII.

Based upon the aforesaid conduct of Defendant, Plaintiffs have the following causes of action against Defendant:

a. Failure to pay for all damages under the insurance policy;

b. breach of the contract of insurance by failing to pay for all damages;

c. failure to tender timely and sufficient payment under LSA R.S. 22:658 and LSA R.S. 22:1220;

d. breach of duty under LSA R.S. 22:658 and LSA R.S. 22:1220;

e. other causes of action that will be determined at trial.

VIII.

The aforesaid actions of Defendant were "arbitrary and capricious".

IX.

Plaintiffs' is entitled to the following elements of damages:

2

1) Payment of policy limits for structure;

2) Payment of policy limits for other structures;

3) Payment of policy limits for contents;

4) Payment of policy limits for debris removal;

5) Payment of policy limits for additional living expenses/loss of use;

6) Double damages pursuant to LSA R.S. 22:1220;

7) Penalties pursuant to LSA R.S. 22:658;

8) Attorney fees;

9) Court costs; and

10) Any relief which this court deems fair and equitable.

WHEREFORE, the Defendant be duly cited to appear and answer this Petition for Damages, and, after legal delays and due proceedings had, there be judgment herein in favor of Petitioners against Defendant in a reasonable amount to be determined by this Honorable Court for the damages sustained by each Petitioner, together with special damages, penalties, court costs, attorney fees, together with legal interest from date of judicial demand and for all general and equitable relief.

Respectfully Submitted,

LAWRENCE J. CENTOLA, JR. (3962)
HURRICANE LEGAL CENTER. LLC
600 Carondelet Street, Suite 602
New Orleans, Louisiana 70130
Telephone:    (504) 525-1944
Facsimile:    (504) 525-1279
Email: lcentola@hurricanelegal.com

**PLEASE SERVE:** Markel International Insurance Co. Ltd. through their agent for service of process the Louisiana Secretary of State located at 8585 Archives Ave., Baton Rouge, Louisiana 70809.

3

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

HURRICANE LITIGATION CIVIL COURT

NO. 09-10052                                              DIVISION L

Bishop William Wilson ~
Israelite Divine J.C.

VERSUS

Markel Inth. Ins. Co. Ltd.

ORDER

THIS MATTER will come before the Court for case management conference on the 11th day of February, 2010 at 10:15 o'clock a.m., before Division ___.

NEW ORLEANS, LOUISIANA, this 3rd day of Oct., 20__.

_____
JUDGE

ENTERED ON MINUTES
OCT 27 2009

PLEASE SERVE WITH PETITION:

Markel Inth. Ins. Co. Ltd. through the
LA Sec. of State located at 8585 Archives Ave,
Baton Rouge, LA 70809

**Civil District Court for the Parish of Orleans**
**STATE OF LOUISIANA**

No. 2009 - 10352                     Section: 06 - L

WILSON, WILLIAM (BISHOP)
versus
MARKEL INTERNATIONAL INSURANCE CO. LTD.

NOTICE OF PRETRIAL CONFERENCE

Date Case Filed: 9/30/2009

TO:

Lawrence J Centola Jr Esq          03962
600 Carondelet St
Ste 602
New Orleans           LA 70130

MARKEL INTERNATIONAL INSURANCE CO. LTD.
Thru Secretary of State
8585 Archives Avenue
Baton Rouge, La. 70809

PLEASE TAKE NOTICE: The above numbered and entitled cause has been fixed for pretrial conference on February 11, 2010, at 10:15 o'clock AM, and appears _____ on the Docket.

New Orleans, Louisiana.
November 13, 2009

_____
MINUTE CLERK

NOV 16 2009
ENTERED ON MINUTES

VERIFIED 11/13/09